IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GERALD OSCAR PERSON,<br><br>                              Plaintiff,<br><br>    v.<br><br>MS. KEENE, et al.,<br><br>                              Defendants. | Civil No. 03-1046-CO<br><br>O R D E R |

    Magistrate Judge Cooney filed his Findings and Recommendation on December 29, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

    THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Cooney's Findings and Recommendation.

    Dated this  28  day of April, 2006.

                                                                                      /s/ Ann Aiken
                                                      Ann Aiken, United States District Judge