FILED'09 JUN 26 07:59 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GERALD OSCAR PERSON,

        Plaintiff,        Civil No. 03-1046-CL

    v.                       ORDER

OREGON DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.

CLARKE, Magistrate Judge.

    Plaintiff has filed a "Notice of Mandate" (#131) requesting that this court "honor the MANDATE, MANDATED by the (Ninth Circuit Court of Appeals)."

    Judge Aiken's Order (#127) entered May 22, 2009, fully complied with the Court of Appeals Mandate (#126) ordering that plaintiff's federal claims dismissed for failure to exhaust state remedies be dismissed without prejudice.

    Plaintiff's Motion to Vacate Judgment (#128) was properly denied. Plaintiff's right to a jury trial or "continued due process to make discovery" are theoretical, and at best,

1 - ORDER

premature. Plaintiff is free to pursue administrative remedies, if any, without further intervention of the court. Accordingly, any relief requested in plaintiff's Notice of Mandate (#131) is denied.

IT IS SO ORDERED

DATED this 25 day of June, 2009.

Mark D. Clarke
United State Magistrate Judge

2 - ORDER